# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **PRENTICE L. BESS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:22-cv-00295-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **GARRY L. MCFADDEN,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 15, 2022 Order.

July 15, 2022

Frank G. Johns, Clerk
United States District Court